IN RE RESIGNATION OF POTTS.

[Cite as *In re Resignation of Potts* (1995), 72 Ohio St.3d 1212.]

(No. 95–660—Submitted April 18, 1995—Decided April 19, 1995.)

The resignation as an attorney of Dominic J. Potts of Steubenville, Ohio, Attorney Registration No. 0029915, is accepted.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.